UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> AAA Law Group, LLC <br><br> Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | 4:19-cv-00105 |

**FILED**
MAR 0 5 2019
Clerk, U.S. District Court
Texas Eastern

**Plaintiff's Notice of Settlement**

1. The parties in the case have reached a settlement. The Plaintiff requests the court stay all deadlines for 30 days in order to facilitate an orderly resolution in this case and conserve the resources of all parties.

*Craig Cunningham*
Plaintiff,                3/1/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> AAA Law Group, LLC <br><br> Defendant | § <br> § <br> § <br> § <br> §  4:19-cv-00105 <br> § <br> § <br> § <br> § |

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was emailed to the attorney for the AAA Law Group, LLC, Edgar Benes and Edgar A. Benes, PA on 3/4/2019 and via US Mail to the remainder of the Defendants on 3.4.19.

*Craig Cunningham*
Plaintiff,            3/4/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075