**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM, § § Plaintiff, § v. § § AAA LAW GROUP, LLC, ET AL., § § Defendants. § | CIVIL ACTION NO.  4:19-CV-105-ALM-CAN |

## ORDER

The Court has been advised that all claims in the above-styled civil action have been resolved.  It is therefore **ORDERED** that, on or before **April 5, 2019**, the Parties shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of the Court.  If such papers are not received by the Court by the scheduled deadline, the Court may order the Parties to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

Any pending pre-trial deadlines are hereby **ABATED** for a period of thirty (30) days from the date of this Order.

   **IT IS SO ORDERED**.
   **SIGNED this 5th day of March, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo