UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS


FILED
MAR 2 0 2019
Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, Plaintiff, v. AAA Law Group, LLC Defendant | § § § § § § § § § § | 4:19-cv-00105 |
|---|---|---|

**Plaintiff's Motion to Dismiss with Prejudice**

1. The Plaintiff hereby wishes to dismiss his case with prejudice against all parties.

*Craig Cunningham*
Plaintiff,    3/20/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. AAA Law Group, LLC Defendant | § § § § § § § § § § | 4:19-cv-00105 |
|---|---|---|

### Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was emailed to the attorney for the AAA Law Group, LLC, Edgar Benes and Edgar A. Benes, PA on 3/20/2019 and via US Mail to the remainder of the Defendants on 3.4.19.

Craig Cunningham
Plaintiff,            3/20/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075