# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:19-CV-105 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| AAA LAW GROUP, LLC, ET AL. | § |

## ORDER OF DISMISSAL

Came on for consideration Plaintiff's "Motion to Dismiss with Prejudice" (Dkt. #15) filed in this cause by Plaintiff Craig Cunningham. The Court, having considered the Motion to Dismiss, determines that the Motion should be **GRANTED**.

It is therefore, **ORDERED, ADJUDGED and DECREED** that the Motion to Dismiss with Prejudice is **GRANTED**. It is further,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendants are dismissed with prejudice to the re-filing of same. It is further,

**ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 27th day of March, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE